**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>DAVID COTTO a/k/a "Bapo," )<br>  Defendant. ) | CAUSE NO.: 2:16-CR-57-JTM-PRC |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT DAVID COTTO

TO:  THE HONORABLE JAMES T. MOODY,
   UNITED STATES DISTRICT COURT

Upon Defendant David Cotto's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on November 9, 2016, with the consent of Defendant David Cotto, counsel for Defendant David Cotto, and counsel for the United States of America.

The hearing on Defendant David Cotto's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant David Cotto under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant David Cotto,

I FIND as follows:

(1) that Defendant David Cotto understands the nature of the charge against him to which the plea is offered;

(2) that Defendant David Cotto understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his

right against compelled self-incrimination;

(3) that David Cotto understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant David Cotto understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant David Cotto has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant David Cotto is competent to plead guilty;

(6) that Defendant David Cotto understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant David Cotto's plea; and further,

I RECOMMEND that the Court accept David Cotto's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant David Cotto be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and David Cotto be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 9th day of November, 2016.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: Honorable James T. Moody