**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 2:16 CR 57** |
| | **)** | |
| **DAVID COTTO** | **)** | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 88), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. The defendant is **ADJUDGED** to have committed a violation of his supervised release, as described in the July 10, 2024, Petition. (DE # 81.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 86.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of 12 months and one days' incarceration, with no further term of supervised release to follow.

**SO ORDERED.**

Date: July 16, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT